**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

LYNN T. BRECKENRIDGE

v.                              NO. 4:05CV00537 SWW

ARKANSAS STATE POLICE

**ORDER OF DISMISSAL**

Upon plaintiff's motion to dismiss this action with prejudice,

IT IS THEREFORE ORDERED that the above-entitled action is hereby dismissed with prejudice.

IT IS SO ORDERED this 9th day of August, 2005.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE